IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELENE O'DONNELL, | CIVIL ACTION |
| Plaintiff, | NO. 11-3231 |
| v. | |
| PASSPORT HEALTH COMMUNICATIONS, INC., | |
| Defendant. | |

### ORDER

**AND NOW**, this ___ day of April, 2013, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. 51); Defendant's Response in Opposition (Doc. 68); Plaintiff's Reply (Doc. 72); Defendant's Motion for Summary Judgment (Doc. 66); Plaintiff's Response in Opposition (Doc. 69); and Defendant's Reply (Doc. 71), **IT IS HEREBY ORDERED AND DECREED** that:

- Plaintiff's Motion for Partial Summary Judgment (Doc. 51) is **DENIED**.

- Defendant's Motion for Summary Judgment (Doc. 66) is **GRANTED IN PART AND DENIED IN PART**. It is **GRANTED** with respect to Counts I, III, and V of the Complaint. It is **DENIED** with respect to Counts II and IV.[1]

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] The Order accompanies the Court's Memorandum Opinion dated April ___, 2013.